UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | CIVIL MINUTES - GENERAL | | JS-6 |
|---|---|---|---|
| Case No. | CV 10-2908 CAS (RZx) | Date | June 22, 2010 |
| Title | MICHAEL K. KOBAYASHI v. MEDTRONIC, INC., ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | Not present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:** **(Chambers:) ORDER REMANDING THE INSTANT CASE FOR LACK OF SUBJECT MATTER JURISDICTION**

On June 3, 2010, the Court issued defendant an order to show cause why the instant action should not be remanded for lack of subject matter jurisdiction. On June 21, 2010, defendant filed a response in which it did not contest remand. Given that the instant matter involves no claims arising under federal law and the parties have not established that the amount in controversy exceeds the $75,000 required for diversity jurisdiction pursuant to 28 U.S.C. § 1332, the Court finds that it lacks jurisdiction over the case. The Court hereby orders the case remanded to the Los Angeles County Superior Court.

IT IS SO ORDERED.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |